FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 FEB 24 PM 4:56

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAYNELL D. TONEY,<br><br>Defendant. | 8:22CR34<br><br>INDICTMENT<br>18 U.S.C. § 2113(a) |

The Grand Jury charges that

## COUNT I

On or about December 20, 2021, in the District of Nebraska,

**TRAYNELL D. TONEY**

defendant herein, by force, violence and intimidation did take from the person or presence of another money namely $3,312, belonging to and in the care, custody, control, management, and possession of the First National Bank, 5150 Center Street, Omaha, Nebraska, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT II

On or about December 31, 2021, in the District of Nebraska,

**TRAYNELL D. TONEY**

defendant herein, by force, violence and intimidation did take from the person or presence of another money namely $10,173, belonging to and in the care, custody, control, management, and possession of the U.S. Bank, 17370 Lakeside Hills Plaza, Omaha, Nebraska, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

1

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
for CRYSTAL C. CORREA
Assistant U.S. Attorney