IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:22CR34 |
| ) | |
| vs. ) | |
| ) | ORDER |
| TRAYNELL D. TONEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [24]. The parties need additional time to resolve this matter short of trial and to review and complete plea paperwork. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [24] is granted as follows:

1. The jury trial now set for January 24, 2023, is continued to **March 28, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 28, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: January 11, 2023**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**